# Court of Appeals
# of the State of Georgia

ATLANTA,  November 14, 2018

*The Court of Appeals hereby passes the following order:*

## A19E0017. LORI CHEATHAM v. MARK CHEATHAM.

The Appellant's Motion for Extension of Time to File Application for Discretionary Appeal filed in the above-styled case as a Court Rule 40 (b) Emergency Motion is hereby GRANTED. Pursuant to Court Rule 31 (i), the Appellant Application for Discretionary Appeal is due on Monday, December 10, 2018.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/14/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*